1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
   **MANNING LAW, APC**
2  20062 S.W. Birch St., Suite 200
3  Newport Beach, CA 92660
   Office: (949) 200-8755
4  DisabilityRights@manninglawoffice.com
5
   Attorneys for Plaintiff
6  CARMEN JOHN PERRI

7                  UNITED STATES DISTRICT COURT
8
9                  CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CARMEN JOHN PERRI, an individual, | Case No.: 2:21-cv-01568-VAP-AS |
| | Hon. Virginia A. Phillips |
| Plaintiff, | **NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |
| v. | Complaint Filed: February 19, 2021 |
| WOORI BANK, a Foreign corporation; and DOES 1-10, inclusive, | Trial Date: None Set |
| Defendants. | |

The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: May 21, 2021                                  **MANNING LAW, APC**

                                                      By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                                      Joseph R. Manning, Jr., Esq.
                                                                      Attorneys for Plaintiff
                                                                      Carmen John Perri

NOTICE OF SETTLEMENT