JS-6

# United States District Court
## Central District of California

| | |
|---|---|
| CARMEN JOHN PERRI, | |
| Plaintiff, | Case No. CV 21-01568-VAP-JEMx |
| v. | **ORDER OF DISMISSAL** |
| WOORI BANK, et al., | |
| Defendants. | |

The Court having been advised by counsel for the parties that the above-entitled action has settled,

IT IS ORDERED that this action be, and hereby is, dismissed in its entirety without prejudice.

THE COURT will retain jurisdiction for a period of sixty (60) days to enforce the terms of the settlement. All pending dates are hereby vacated.

Dated: June 4, 2021

_____
VIRGINIA A. PHILLIPS
United States District Judge